IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


QUAVE T. WILKINS,

     Petitioner,

v.                                4:14cv154–WS/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

     Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 25) docketed February 16, 2017. The magistrate judge recommends that the petitioner's habeas petition (doc. 1) be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 25) is hereby

ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus  (doc. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of

habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this ___22nd___ day of ___March___, 2017.



s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE